JAMES M. WAGSTAFFE (95535)
wagstaffe@wvbrlaw.com
**WAGSTAFFE, VON LOEWENFELDT,
BUSCH & RADWICK LLP**
100 Pine Street, Suite 2250
San Francisco, CA 94111
Telephone: (415) 357-8900
Fax: (415) 357-8910

Attorneys for Plaintiff
Jane Doe

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA- SAN FRANCISCO DIVISION

| | |
|---|---|
| JANE DOE<br>    Plaintiff,<br><br>v.<br><br>DANIEL L. PETERSON, M.D.; SIERRA INTERNAL MEDICINE; DANIEL L. PETERSON, M.D., LTD; SIMMARON RESEARCH; and DOES 1 through 50, inclusive,<br>    Defendants. | Case No. 3:22-cv-03178-VC<br><br>**NOTICE OF SUBSTITUTION OF NAMED PLAINTIFF FOR ANONYMOUSLY NAMED PLAINTIFF AS MODIFIED**<br><br>Hon. Vince Chhabria<br><br>Complaint filed: April 28, 2022<br>Notice of Removal filed: May 31, 2022 |

Pursuant to agreement of the parties and having previously so notified the Court, anonymously-named Plaintiff Jane Doe hereby substitutes Jeannette Burmeister as the now-named Plaintiff. The title to the action will now be: Jeannette Burmeister, Plaintiff, v. Daniel L. Peterson, M.D.; Sierra Internal Medicine; Daniel L. Peterson, M.D., Ltd.; Simmaron Research; and Does 1 through 50, inclusive, Defendants, Case No. 3:22-cv-03718-VC.

Dated: January 25, 2023

WAGSTAFFE, VON LOEWENFELDT, BUSCH & RADWICK LLP

By:    /s/ James Wagstaffe
James M. Wagstaffe
Attorneys for Plaintiff

### ORDER

PER THE NOTICE OF SUBSTITUTION, IT IS HEREBY ORDERED that Plaintiff Jeannette Burmeister is hereby substituted for Plaintiff Jane Doe as the now-named Plaintiff. The Clerk is directed to change the case caption to *Burmeister v. Peterson.*

Dated: January 25, 2023

UNITED STATES DISTRICT JUDGE